CO-386
Rev 10/03

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 31 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

16 Cobalt LLC           )
                        )
         Plaintiff      )
                        )
    v.                  )    CASE NUMBER 1:06CV00175
                        )    JUDGE: Colleen Kollar-Kotelly
Harrison Career Institute )  DECK TYPE: Contract
                        )    DATE STAMP: 01/31/2006
         Defendant      )
                        )
                        )

**CERTIFICATE UNDER LCvR 7.1**

I, the undersigned, counsel of record for __16 Cobalt LLC__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __16 Cobalt LLC__, which have any outstanding securities in the hands of the public. __None__

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

182477
Bar Identification Number

David J. Cynamon
Print Name

2300 N Street, NW
Address

Washington, DC    20037
City            State     Zip

202-663-8492
Telephone Number