IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 16 COBALT LLC<br>1015 31st Street, N.W.<br>Suite 300<br>Washington, D.C. 20007<br><br>          Plaintiff,<br><br>v.<br><br><br>HARRISON CAREER INSTITUTE<br>Plaza 1000 Main Street, Suite 310<br>Voorhees, New Jersey 08043<br><br>Registered Agent in the District of Columbia:<br>National Registered Agents, Inc.<br>1090 Vermont Avenue, N.W., Suite 910<br>Washington, D.C. 20005<br><br>          Defendant. | Civil Action<br><br>No. 1:06CV00175<br><br>Judge Colleen Kollar-Kotelly |

## REQUEST TO ENTER DEFAULT

Plaintiff 16 Cobalt LLC ("16 Cobalt") respectfully requests that defendant Harrison Career Institute ("Harrison") of Plaza 1000 Main Street, Suite 310, Voorhees, New Jersey 08043, be declared in default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend the above-captioned action as fully appears from the court file herein and from the attached Affidavit of Tonya G.

Gaskins-Saunders, Esq. dated March 9, 2006.

March 9, 2006                                      Respectfully submitted,

/s/
David J. Cynamon (D.C. Bar # 182477)
Tonya G. Gaskins-Saunders (D.C. Bar # 484414)
PILLSBURY WINTHROP SHAW
PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000

*Attorneys for Plaintiff*
16 Cobalt LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of March, 2006, the foregoing Request to Enter Default was served by first-class, postage prepaid, U.S. mail, on Defendant Harrison Career Institute at the office of their registered agent in the District of Columbia:

National Registered Agents, Inc.
1090 Vermont Avenue, N.W., Suite 910
Washington, D.C. 20005

/s/ Tonya G. Gaskins-Saunders
Tonya G. Gaskins-Saunders

400325715v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 16 COBALT LLC<br>1015 31st Street, N.W.<br>Suite 300<br>Washington, D.C. 20007<br><br>                    Plaintiff,<br><br>v.<br><br>HARRISON CAREER INSTITUTE<br>Plaza 1000 Main Street, Suite 310<br>Voorhees, New Jersey 08043<br><br>Registered Agent in the District of Columbia:<br>National Registered Agents, Inc.<br>1090 Vermont Avenue, N.W., Suite 910<br>Washington, D.C. 20005<br><br>                    Defendant. | Civil Action<br><br>No. 1:06CV00175<br><br>Judge Colleen Kollar-Kotelly |

## NOTATION OF DEFAULT

I, Nancy Mayer-Whittington, Clerk of Court of the United States District Court for the District of Columbia, do hereby certify that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant, Harrison Career Institute, is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

_____, District of Columbia

Dated:      March _____, 2006

NANCY MAYER-WHITTINGTON
Clerk of the Court

By:
Deputy Clerk

400325715v1