# AFFIDAVIT OF TONYA G. GASKINS-SAUNDERS

I, Tonya G. Gaskins-Saunders, state and declare as follows:

1. I am an attorney and a member in good standing of the District of Columbia bar and the bar of this court. I am an associate in the law firm of Pillsbury Winthrop Shaw Pittman LLP, counsel of record for Plaintiff 16 Cobalt LLC ("16 Cobalt"), with respect to this matter. I have personal knowledge of the facts in this affidavit.

2. On January 31, 2006, the complaint in the present action was filed in the United States District Court for the District of Columbia.

3. On February 2, 2006, Plaintiff properly served its summons and complaint by hand on Defendant Harrison Career Institute's ("Harrison") registered agent in the District of Columbia, John Christel, at National Registered Agents, Inc. located at 1090 Vermont Avenue, N.W., Suite 910, Washington, D.C. 20005. Attached hereto as Exhibit A is a true and correct copy of the Affidavit of Service.

4. Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Harrison was required to serve its responsive pleading within twenty days of service, in other words, on or before February 22, 2006. To date, no responsive pleading has been received from Defendant Harrison. Defendant has not answered or otherwise moved with respect to the complaint, and the time for Defendant to do so has not been extended. Pursuant to Rule 55 of the Federal Rules of Civil Procedure, Defendant Harrison has defaulted in the present action since the time that the Defendant may answer or otherwise move with respect to the complaint herein has expired.

400325715v1

5.  Plaintiff 16 Cobalt requests that the default of the Defendant be noted on the record.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 9, 2006.

_____
Tonya G. Gaskins-Saunders