# Exhibit A

400325715v1

02/28/2006   12:04   CAPITOL PROCESS SERVICES → 2026638007                    NO.222   P02

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

16 COBALT LLC
1015 31st Street, N.W.
Washington, D.C. 20007
                    Plaintiff,

V.

HARRISON CAREER INSTITUTE
Plaza 1000 Main Street, Suite 310
Voorhees, New Jersey 08043

                                        SUMMONS IN A CIVIL CASE

                                        CASE NUMBER   1:06CV00175

                                        JUDGE: Colleen Kollar-Kotelly

                                        DECK TYPE: Contract

                                        DATE STAMP: 01/31/2006

TO: (Name and address of Defendant)

Harrison Career Institute
c/o National Registered Agents, Inc.
1090 Vermont Avenue, N.W., Suite 910
Washington, D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David J. Cynamon

Pillsbury Wintrhop Shaw Pittman LLP
2300 N Street, N.W.
Washington, D.C. 20037

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          JAN 31 2006

CLERK                               DATE

(By) DEPUTY CLERK

02/28/2006    12:04    CAPITOL PROCESS SERVICES → 2026638007                    NO.222    P03

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

|  | DATE | TIME |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | 2/02/06 | 10:55 AM |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Daniel F. Portnoy | Private Process Server |

_Check one box below to indicate appropriate method of service_

G  Served personally upon the defendant. Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

☒  Other (specify):   By serving John Christel, Vice President, authorized to accept. Service was completed at 1090 Vermont Avenue, NW, Suite 910, Washington, DC 20005.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/02/06
                    Date

Signature of Server

**Capitol Process Services, Inc.**
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

Address of Server

*Notice of Right to Consent to Trial Before a United States Magistrate Judge, and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.