AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

16 COBALT LLC
1015 31st Street, N.W.
Washington, D.C. 20007
                    Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

HARRISON CAREER INSTITUTE
Plaza 1000 Main Street, Suite 310
Voorhees, New Jersey 08043

CASE NUMBER    1:06CV00175

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Contract

DATE STAMP: 01/31/2006

·CAS)

TO: (Name and address of Defendant)

Harrison Career Institute
c/o National Registered Agents, Inc.
1090 Vermont Avenue, N.W., Suite 910
Washington, D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David J. Cynamon

Pillsbury Wintrhop Shaw Pittman LLP
2300 N Street, N.W.
Washington, D.C. 20037

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

JAN 3 1 2006

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2/02/06 | TIME 10:55 AM |

| NAME OF SERVER (PRINT) Daniel F. Portnoy | TITLE Private Process Server |
|---|---|

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant. Place where served: _____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

Other (specify):   **By serving John Christel, Vice President, authorized to accept.**
**Service was completed at 1090 Vermont Avenue. NW. Suite 910. Washington.**
**DC 20005.**

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   **2/02/06**
       Date

     Signature of Server

**Capitol Process Services, Inc.**
**1827 18th Street, NW**
**Washington, DC 20009**
**(202) 667-0050**

*Address of Server*

**\*Notice of Right to Consent to Trial Before a United States Magistrate**
**Judge, and Initial Electronic Case Filing Order**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.