## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| 16 COBALT LLC<br>1015 31st Street, N.W.<br>Suite 300<br>Washington, D.C. 20007 | ) ) ) ) ) | |
| Plaintiff, | ) | Civil Action |
| | ) | No. 1:06CV00175 |
| v. | ) ) | Judge Colleen Kollar-<br>Kotelly |
| | ) | |
| HARRISON CAREER INSTITUTE<br>Plaza 1000 Main Street, Suite 310<br>Voorhees, New Jersey 08043 | ) ) ) | |
| Registered Agent in the District of Columbia:<br>National Registered Agents, Inc.<br>1090 Vermont Avenue, N.W., Suite 910<br>Washington, D.C. 20005 | ) ) ) ) | |
| Defendant. | ) | |

## PLAINTIFF 16 COBALT LLC'S MOTION FOR DEFAULT JUDGMENT
## AGAINST DEFENDANT HARRISON CAREER INSTITUTE

Pursuant to Rule 55(a), Plaintiff 16 Cobalt LLC ("16 Cobalt") respectfully moves for entry of default judgment against Defendant Harrison Career Institute ("Harrison") of Plaza 1000 Main Street, Suite 310, Voorhees, New Jersey 08043, in the amount of $3,381,801.22. In support of this motion, Plaintiff 16 Cobalt states as follows:

1.      16 Cobalt owns and manages a commercial office building ("Building") located at 1627 K Street, N.W., Washington, D.C. 20006 ("1627 K Street").

2.     16 Cobalt purchased 1627 K Street from 1627 K Associates Limited Partnership ("K Associates") and its general partner, 1627 K Street, Inc., on or about October 1, 2004, and became the successor in interest to K Associates under leases between K Associates and tenants of 1627 K Street.

3.     On or about December 9, 2003, K Associates leased to Harrison a portion of the ninth floor and the entire tenth floor of the Building (the "Leased Premises") for an initial period of ten (10) years commencing January 2004.

4.     Under the lease, Harrison covenanted and agreed to pay all Rent when due and payable, without setoff, deduction, or prior demand therefore whatsoever.

5.     To date, Harrison has failed to pay the Rent for June (which includes an outstanding balance for a portion of the rent from May), July, August, September, November, December of 2005 and January, February and March of 2006, each of which was due and owing on the 1st day of each month.

6.     As a result of Harrison's failure to pay Rent, 16 Cobalt terminated the lease and obtained a judgment for possession of the Leased Premises and a writ of eviction against Harrison for failure to pay Rent when due.

7.     On January 6, 2006, in lieu of formal eviction, Harrison signed an Agreement for Unconditional Surrender of Premises (the "Surrender Agreement") and agreed to vacate and surrender the Leased Premises to 16 Cobalt.  The agreement is attached as Exhibit A.

8.     Pursuant to the Surrender Agreement, Harrison irrevocably vacated the premises on Tuesday, January 10, 2006 ("Surrender Date").

9.    While the Surrender Agreement terminated Harrison's occupancy of the Leased Premises, the Surrender Agreement did not absolve Harrison from liability for outstanding and future Rent due under the lease agreement between 16 Cobalt and Harrison (the "Lease").  The Lease is attached as Exhibit B.

10.    On January 31, 2006, the complaint in the present action was filed in this Court..

11.    On February 2, 2006, the complaint and summons in this action were properly served by hand on Defendant Harrison by leaving a copy of the referenced documents with John Christel, Defendant's registered agent in the District of Columbia, at National Registered Agents, Inc. located at 1090 Vermont Avenue, N.W., Suite 910, Washington, D.C. 20005, as appears from the affidavit of service of Daniel F. Portnoy, the process server, filed in this action on March 10, 2006.

12.    Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Harrison was required to serve its responsive pleading within twenty days of service, in other words, on or before February 22, 2006.

13.    Defendant Harrison failed to respond to service and has not filed their answer or any other responsive pleading.

14.    On March 9, 2006, Plaintiff filed a Request for Entry of Default with the Clerk of this Court.

15.    On March 10, 2006, the Clerk entered an Order of Default against Defendant Harrison.

16.    To date, Defendant Harrison has not filed a motion to vacate the entry of default in this case.

17.    The defendant is a company and, as such, is not an infant, an incompetent person, or a member of the armed forces.

18.    Plaintiff 16 Cobalt is entitled to default judgment in the amount of $3,381,801.22 against Defendant Harrison for:

(a)    the $272,808.41 in rental arrearage that 16 Cobalt has lost to date as a result of Harrison's default under the Lease, as demonstrated by the Affidavit of Frank Gittleson attached as Exhibit C;

(b)    the $2,952,222.51 that 16 Cobalt will certainly lose as a result of Harrison's default under the Lease, as demonstrated by the Affidavit of Frank Gittleson;

(c)    the $ 146,726.25 in late charges (defined as additional rent under Section 2.3.3 of the Lease), which represents 10% of any late payment that Harrison agreed to pay pursuant to Section 2.3.3 of the Lease ($2,667.75 x 55 late charges for payments outstanding for the months of June, July, August, September, October, November and December of 2005 and January, February and March of 2006 = $146,726.25 total late charges), as demonstrated by the Affidavit of Frank Gittleson;

(d)    the over $10,044.05 in costs and reasonable attorneys' fees that 16 Cobalt has incurred in this action from January 2006 to the present date, as demonstrated by the Affidavit of Tonya G. Gaskins-Saunders attached as Exhibit D, and which costs and fees 16 Cobalt is entitled to recover under Section 2.6.2 of the Lease.

March 28, 2006                      Respectfully submitted,

                                    _____/s/_____
                                    David J. Cynamon (D.C. Bar # 182477)
                                    Tonya G. Gaskins-Saunders (D.C. Bar # 484414)
                                    PILLSBURY WINTHROP SHAW
                                            PITTMAN LLP
                                    2300 N Street, N.W.
                                    Washington, D.C. 20037
                                    (202) 663-8000

                                    *Attorneys for Plaintiff*
                                    16 Cobalt LLC


## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of March, 2006, the foregoing Plaintiff 16 Cobalt

LLC's Motion for Default Judgment Against Defendant Harrison Career Institute, the

Points and Authorities Supporting Plaintiff's Motion for Default Judgment, the Affidavit

of Tonya Gaskins-Saunders, the Affidavit of Frank Gittleson, the additional Exhibits and

the Proposed Order were served by first-class, postage prepaid, U.S. mail, on Defendant

Harrison Career Institute at the office of their registered agent in the District of

Columbia:

                    National Registered Agents, Inc.
                    1090 Vermont Avenue, N.W., Suite 910
                    Washington, D.C. 20005

                    Tonya G. Gaskins-Saunders