IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| 16 COBALT LLC<br>1015 31st Street, N.W.<br>Suite 300<br>Washington, D.C. 20007<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br><br>HARRISON CAREER INSTITUTE<br>Plaza 1000 Main Street, Suite 310<br>Voorhees, New Jersey 08043<br><br>Registered Agent in the District of Columbia:<br>National Registered Agents, Inc.<br>1090 Vermont Avenue, N.W., Suite 910<br>Washington, D.C. 20005<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action<br><br>No. 1:06CV00175<br><br>Judge Colleen Kollar-Kotelly |

## POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF 16 COBALT LLC'S MOTION FOR DEFAULT JUDGMENT

1,   The record in this case.

2.   Rule 55 of the Federal Rules of Civil Procedure.

March 28, 2006                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　David J. Cynamon (D.C. Bar # 182477)
　　　　　　　　　　　　　　Tonya G. Gaskins-Saunders (D.C. Bar # 484414)
　　　　　　　　　　　　　　PILLSBURY WINTHROP SHAW
　　　　　　　　　　　　　　　　　PITTMAN LLP
　　　　　　　　　　　　　　2300 N Street, N.W.
　　　　　　　　　　　　　　Washington, D.C. 20037
　　　　　　　　　　　　　　(202) 663-8000

　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　16 Cobalt LLC

400332911v1