IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 16 COBALT LLC<br>1015 31st Street, N.W.<br>Suite 300<br>Washington, D.C. 20007<br>　　　　　Plaintiff,<br>v.<br><br>HARRISON CAREER INSTITUTE<br>Plaza 1000 Main Street, Suite 310<br>Voorhees, New Jersey 08043<br><br>Registered Agent in the District of Columbia:<br>National Registered Agents, Inc.<br>1090 Vermont Avenue, N.W., Suite 910<br>Washington, D.C. 20005<br>　　　　　Defendant. | Civil Action<br>No. 1:06CV00175<br>Judge Colleen Kollar-Kotelly |

## ORDER AND FINAL JUDGMENT

This matter having come before the Court pursuant to Plaintiff 16 Cobalt LLC's Motion for Default Judgment Against Harrison Career Institute; and

IT APPEARING that Plaintiff 16 Cobalt LLC is entitled to default judgment against Defendant Harrison Career Institute based on the grounds set forth in the above-referenced motion; in the points and authorities in support of the motion; in the affidavit of Frank Gittleson regarding the outstanding rental amount and fees; in the affidavit of Tonya G. Gaskins-Saunders regarding the costs and attorneys' fees; and for other good cause shown; it is hereby

400332911v1

ORDERED that Plaintiff's Motion for Default Judgment against Defendant Harrison Career Institute is hereby GRANTED; and

IT IS FURTHER ORDERED that judgment be, and hereby is, entered in favor of Plaintiff 16 Cobalt LLC and against Defendant Harrison Career Institute in the amount of $3,381,801.22.

ENTERED this _____ day of March, 2006.

_____
Honorable Colleen Kollar-Kotelly
United States District Court for the District of Columbia

**Serve Order on:**

Tonya Gaskins-Saunders
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W.
Washington, D.C. 20037

David J. Cynamon
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W.
Washington, D.C. 20037

Harrison Career Institute
Plaza 1000 Main Street, Suite 310
Voorhees, New Jersey 08043

Registered Agent in the District of Columbia:
National Registered Agents, Inc.
1090 Vermont Avenue, N.W., Suite 910
Washington, D.C. 20005

400332911v1