# **Exhibit A**

## AGREEMENT FOR UNCONDITIONAL SURRENDER OF PREMISES

This Agreement for Unconditional Surrender of Premises ("Agreement") is entered into as of January 6, 2005, by and between 1627 K Streets Associates Limited Partnership ("Landlord") and Harrison Career Institute ("Tenant").

### WITNESSETH:

WHEREAS, Landlord and Tenant are parties to a Lease Agreement dated as of December 9, 2003 (the "Lease") pursuant to which Tenant leased a portion of the ninth floor and the entire tenth floor of the building located at 1627 K Street, N.W., Washington, D.C. (the "Leased Premises");

WHEREAS, Tenant defaulted under the Lease by failing to pay rent when due, as a result of which Landlord obtained a judgment for possession of the Leased Premises and a writ of eviction against Tenant;

WHEREAS, the parties have agreed that in lieu of formal eviction, Tenant will unconditionally surrender possession of the Leased Premises to Landlord no later than 11:59 p.m., EST, on Tuesday, January 10, 2006 (the "Surrender Date").

NOW, THEREFORE, in consideration of these premises and the mutual promises set forth herein and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties hereto agree as follows:

1. Tenant will remove all of its personal property from the Leased Premises, including but not limited to all furniture, no later than the Surrender Date.

2. Tenant will return to Landlord all keys and door cards to the Leased Premises no later than the Surrender Date.

3. Tenant acknowledges that as of the Surrender Date, it unconditionally and irrevocably surrenders possession of the Leased Premises to Landlord.

4. Tenant acknowledges that its unconditional surrender of the Leased Premises does not absolve it from liability for all past and future rent due under the Lease. Tenant acknowledges that this Agreement does not constitute a waiver or release of any of Landlord's rights under the Lease, at common law, or in equity, to recover all rent and other damages due to Landlord as a result of Tenant's breach of the Lease.

5. Landlord agrees that if it leases any or all of the Leased Premises to another tenant or tenants during any part of the remaining term of the Lease, Landlord will deduct the rent received from such tenant(s) from the amount owed by Tenant to Landlord as a result of its breach of the Lease.

6. This Agreement constitutes the entire agreement between the parties and supercedes all prior agreement, negotiations, considerations and representations between the parties. No representations, understandings, or agreements have been made or relied upon in making this Agreement other than those specifically set forth herein. This Agreement may be amended only by written instrument signed by each of the parties by their duly-authorized representatives.

7. The parties acknowledge and agree that they have read this Agreement, that they understand its meaning and contents, that they have had the advice of their respective counsel, and that they have voluntarily executed this Agreement, intending to be bound by it. Each party represents and warrants to the other that the below signatory executing this Agreement is authorized and permitted to bind and obligate their respective party, which representation is being relied upon by the other party in the acceptance of this Agreement.

2

8. This Agreement shall be interpreted and construed in accordance with the laws of the

District of Columbia, without regard to conflict of law rules.

IN WITNESS WHEREOF, Landlord and Tenant, by their duly-authorized

representatives, have executed this Settlement Agreement as of the date set forth above.

1627 K STREET ASSOCIATES LIMITED
PARTNERSHIP:


By: _____
Name:
Title:


HARRISON CAREER INSTITUTE:


By: _____
Name:  MARIE V. NASUTI
Title:  General Counsel

3