# **Exhibit C**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| 16 COBALT LLC<br>1015 31st Street, N.W.<br>Suite 300<br>Washington, D.C. 20007 | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | )<br>) |
|  | ) |
| HARRISON CAREER INSTITUTE<br>Plaza 1000 Main Street, Suite 310<br>Voorhees, New Jersey 08043 | )<br>)<br>) |
| Registered Agent in the District of Columbia:<br>National Registered Agents, Inc.<br>1090 Vermont Avenue, N.W., Suite 910<br>Washington, D.C. 20005 | )<br>)<br>)<br>) |
| Defendant. | ) |
|  | ) |

Civil Action

No. 1:06CV00175

Judge Colleen Kollar-Kotelly

## AFFIDAVIT OF FRANK GITTLESON

I, Frank Gittleson, state and declare as follows:

1.    I am the Senior Property Manager for 1627 K Street, N.W., Washington,

D.C. 20006 ("1627 K Street").  I have personal knowledge of the facts in this affidavit.

2.    In May 2005, Harrison Career Institute ("Harrison") made a single rental

payment in the sum of $26,026.88 to 16 Cobalt LLC ("16 Cobalt") rather than the

$26,677.55 rental payment required pursuant to the Lease.  This partial payment caused

Harrison to carry a balance of $650.67 into June 2005.

3.    Harrison was required to make rental payments in the amount of

$26,677.55 for the months of July, August, September, October, November, December of

2005 and January, February and March of 2006.  Harrison failed to make any rental payments for these months.

4.    Harrison was also required under the Lease to pay operating expenses (defined as "Additional Rent" under the Lease) twice a year.  As of this date, Harrison has failed to pay $5,382.24 in operating expenses for the first half of 2005.

5.    As a result of Harrison's failure to make timely rental payments, 16 Cobalt is entitled to $272,808.41 in rental arrearage from Harrison.

6.    In addition, 16 Cobalt is entitled to collect $146,726.25 in late charges, which represents 10% of any late payments ($2,667.75 x 55 late charges for payments outstanding for the months of June, July, August, September, October, November and December of 2005 and January, February and March of 2006 = $146,726.25 total late charges).

7.    Plaintiff 16 Cobalt is also entitled to collect $2,952,222.51 in rental payments for the remainder of the Lease term (from the present date until April 2014), which includes:

(a)    the rental payment of $26,677.55 for April 2006;

(b)    the rental payments of $27,344.49 per month for May 2006 to and through April 2007;

(c)    the rental payments of $28,028.10 per month for May 2007 to and through April 2008;

(d)    the rental payments of $28,728.80 per month for May 2008 to and through April 2009;

(e)     the rental payments of $30,381.30 per month for May 2009 to and through April 2010;

(f)     the rental payments of $31,140.83 per month for May 2010 to and through April 2011;

(g)     the rental payments of $31,919.35 per month for May 2011 to and through April 2012;

(h)     the rental payments of $32,717.34 per month for May 2012 to and through April 2013; and

(i)     the rental payments of $33,535.27 per month for May 2013 to and through April 2014.

I declare under penalty of perjury that the statements contained in this affidavit are true and correct.

**Executed in Washington, D.C. on March 27, 2006**

Frank Gittleson