# **Exhibit D**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 16 COBALT LLC<br>1015 31st Street, N.W.<br>Suite 300<br>Washington, D.C. 20007<br>    Plaintiff,<br><br>v.<br><br><br>HARRISON CAREER INSTITUTE<br>Plaza 1000 Main Street, Suite 310<br>Voorhees, New Jersey 08043<br><br>Registered Agent in the District of Columbia:<br>National Registered Agents, Inc.<br>1090 Vermont Avenue, N.W., Suite 910<br>Washington, D.C. 20005<br>    Defendant. | Civil Action<br><br>No. 1:06CV00175<br><br>Judge Colleen Kollar-Kotelly |

### AFFIDAVIT OF TONYA G. GASKINS-SAUNDERS

I, Tonya G. Gaskins-Saunders, state and declare as follows:

1. I am an attorney and a member in good standing of the District of Columbia bar and the bar of this Court. I am an associate in the law firm of Pillsbury Winthrop Shaw Pittman LLP, counsel of record for Plaintiff 16 Cobalt LLC ("16 Cobalt"), with respect to this matter. I have personal knowledge of the facts in this affidavit.

2. Plaintiff 16 Cobalt has incurred costs in the amount of $599.05 in enforcing its rights and remedies under the Lease in this action, by incurring a $250.00 fee for filing the complaint, a $491.31 fee for electronic research, a $15.01 fee for

copying and printing, a $22.73 fee for courier service, and a $70.00 fee for service of process on Harrison.

3. Plaintiff 16 Cobalt has incurred over $9,445.00 in attorneys' fees in enforcing its rights and remedies under the Lease for the 29.9 hours of legal services that David J. Cynamon, a partner at Pillsbury Winthrop Shaw Pittman LLP, and I rendered from January 2006 to the present date, in this matter. These services include: preparing the complaint for breach of contract against the tenant; preparing the request for default; preparing my affidavit; preparing the motion for default judgment; and internal conferences and teleconferences with client re: the foregoing matters.

4. The attorneys' fees for the 29.9 hours of service that David J. Cynamon and I have rendered in this matter have been or will be billed to 16 Cobalt: for the 28.0 hours of service that I rendered from January 2006 to the present date at my current standard rate of $300.00 per hour and the 1.9 hours of service that David J. Cynamon rendered from January 2006 to the present date at his current standard rate of $550.00. Thus, the attorneys' fees in this matter as of March 28, 2006 total $9,445.00.

5. 16 Cobalt has thus incurred a total of $10,044.05 in costs and reasonable attorneys' fees in pursuing its rights and remedies in this action.

I declare under penalty of perjury that the statements contained in this affidavit are true and correct.

**Executed in Washington, D.C. on March 28, 2006**

*[signature]*

Tonya G. Gaskins-Saunders

400332911v1