# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| 16 COBALT LLC | ) | |
| | ) | Civil Action |
| Plaintiff, | ) | No. 1:06CV00175 |
| v. | ) | Judge Colleen Kollar- |
| | ) | Kotelly |
| HARRISON CAREER INSTITUTE | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF 16 COBALT LLC'S SUPPLEMENT TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT HARRISON CAREER INSTITUTE

At the request of this Court, Plaintiff 16 Cobalt LLC ("16 Cobalt" or "Plaintiff") hereby submits this supplement to its original Motion for Default Judgment providing additional information regarding Plaintiff's request for money judgment. Plaintiff prays that this Court enter default judgment against Defendant Harrison Career Institute ("Harrison") in the amount of $1,972,247.62 for its default under the lease between Harrison and 16 Cobalt ("Lease"). As a supplement to Plaintiff's Motion for Default Judgment, Plaintiff 16 Cobalt states as follows:

1.     Plaintiff 16 Cobalt is entitled to a default judgment against Defendant Harrison in the amount of $1,972,247.62 for:

(a)     the $3,255,031.72 that 16 Cobalt will lose as a direct result of Harrison's default under the Lease, which represents the total value of the Lease;

(c)    the $ 242,765.25 in late charges (defined as Additional Rent under Section

2.3.3 of the Lease (represents 10% of any late payment), which Harrison agreed to pay

pursuant to Section 2.3.3 of the Lease ($2,667.75 x 91 late charges for each payment

outstanding for the months of June, July, August, September, October, November and

December of 2005 and January, February and March, April, May and June of 2006 =

$242,726.25 total late charges);

(d)    the $13,730.78 in costs and reasonable attorneys' fees that 16 Cobalt has

incurred in this action from January 2006 to the present date, which costs and fees 16

Cobalt is entitled to recover under Section 2.6.2 of the Lease ($885.78 in costs/fees and

$12,845.00 in reasonable attorneys' fees for the services of David Cynamon and Tonya

Gaskins-Saunders), as demonstrated in the Supplemental Affidavit of Tonya Gaskins-

Saunders;

(e)    the $102,618.75 in leasing commission fees that 16 Cobalt paid to Empire

Leasing, Inc. ("Empire Leasing") for their services in re-letting the premises, which

Harrison is required to pay under Section 13.3.4 of the Lease, as demonstrated by the

Supplemental Affidavit of Frank Gittleson;

(f)    the $187,787.00 in tenant improvement costs that 16 Cobalt paid to

renovate the premises so that it could be re-let, which Harrison is required to pay under

Section 13.3.4 of the Lease, as demonstrated by the Supplemental Affidavit of Frank

Gittleson;

(g)    the following sums must be subtracted from the amounts discussed above:

(i)    the $26,026.88 security deposit paid by Harrison when they executed the Lease;

(ii)    the $759,986.00 in rental payments due from Wilshire DC Partners for a portion of the 10th Floor based on a term of 6 years ending in 2012 (Total Rental Payments for: Year 1 = $118,976.00, Year 2 = $121,950.00, Year 3 = $124,999.00, Year 4 = $128,124.00, Year 5 = $131,327.00, Year 6 = $134,610.00);

(iii)    the $67,450.00 in rental payments received from Al Jazeera International, (USA) Inc. for a portion of the 10th Floor based on a term of 4 months (ending in July 2006) ($16,862.50 per month);

(iv)    the $976,223.00 in rental payments due from Future Media Concepts, Inc. for a portion of the 9th Floor based on a term of 10 years ending in 2016 (amount of rental payment only calculated for term ending in 2014 because Harrison's term expires in 2014 - Total Rental Payments for: Year 1 = $111,746.00, Year 2 = $114,539.00, Year 3 = $117, 403.00, Year 4 = $120,338.00, Year 5 = $123,346.00, Year 6 = $126,430.00, Year 7 = $129, 591.00, Year 8 = $132,830.00).

July 20, 2006                          Respectfully submitted,


                              _____/s/_____
                              David J. Cynamon (D.C. Bar # 182477)
                              Tonya G. Gaskins-Saunders (D.C. Bar # 484414)
                              PILLSBURY WINTHROP SHAW
                                        PITTMAN LLP
                              2300 N Street, N.W.
                              Washington, D.C. 20037
                              (202) 663-8000

                              *Attorneys for Plaintiff*
                              16 Cobalt LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of July, 2006, the foregoing Plaintiff 16 Cobalt LLC's Supplement to Plaintiff's Motion for Default Judgment Against Defendant Harrison Career Institute and the Proposed Order were served by first-class, postage prepaid, U.S. mail, on Defendant Harrison Career Institute at the office of their registered agent in the District of Columbia:

National Registered Agents, Inc.
1090 Vermont Avenue, N.W., Suite 910
Washington, D.C. 20005

Tonya G. Gaskins-Saunders

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| 16 COBALT LLC | ) | Civil Action |
|  | ) | No. 1:06CV00175 |
| Plaintiff, | ) | Judge Colleen Kollar-Kotelly |
| v. | ) |  |
| HARRISON CAREER INSTITUTE | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## ORDER AND FINAL JUDGMENT

This matter having come before the Court pursuant to Plaintiff 16 Cobalt LLC's Motion for Default Judgment Against Harrison Career Institute; and

IT APPEARING that Plaintiff 16 Cobalt LLC is entitled to default judgment against Defendant Harrison Career Institute based on the grounds set forth in the above-referenced motion; in the points and authorities in support of the motion; in the affidavit of Frank Gittleson regarding the outstanding rental amount and fees; in the affidavit of Tonya G. Gaskins-Saunders regarding the costs and attorneys' fees; and for other good cause shown; it is hereby

ORDERED that Plaintiff's Motion for Default Judgment against Defendant Harrison Career Institute is hereby GRANTED; and

400425553v1

IT IS FURTHER ORDERED that judgment be, and hereby is, entered in favor of Plaintiff 16 Cobalt LLC and against Defendant Harrison Career Institute in the amount of **$1,972,247.62**.

ENTERED this _____ day of July, 2006.


_____

Honorable Colleen Kollar-Kotelly

United States District Court for the District of Columbia


**Serve Order on:**

Tonya Gaskins-Saunders

Pillsbury Winthrop Shaw Pittman LLP

2300 N Street, N.W.

Washington, D.C. 20037


David J. Cynamon

Pillsbury Winthrop Shaw Pittman LLP

2300 N Street, N.W.

Washington, D.C. 20037


Harrison Career Institute
Plaza 1000 Main Street, Suite 310
Voorhees, New Jersey 08043

Registered Agent for Harrison Career Institute in the District of Columbia:
National Registered Agents, Inc.
1090 Vermont Avenue, N.W., Suite 910
Washington, D.C. 20005