IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 16 COBALT LLC )<br>)<br>) Plaintiff, )<br>v. )<br>)<br>HARRISON CAREER INSTITUTE )<br>)<br>) Defendant. )<br>) | Civil Action<br>No. 1:06CV00175<br>Judge Colleen Kollar-Kotelly |

## SUPPLEMENTAL AFFIDAVIT OF FRANK GITTLESON

I, Frank Gittleson, state and declare as follows:

1. I am the Senior Property Manager for 16 Cobalt LLC ("16 Cobalt") and employed by Empire Leasing, Inc. ("Empire Leasing"). I have personal knowledge of the facts in this affidavit.

2. The total value for the lease between 16 Cobalt and Harrison Career Institute ("Harrison") is $3,255,031.72.

3. Harrison paid a security deposit of $26,026.88 to 16 Cobalt, which will be applied to Harrison's account.

4. 16 Cobalt paid $102,618.75 in leasing commission fees to Empire Leasing for their services in re-letting the premises formerly occupied by Harrison.

5. 16 Cobalt paid $187,787.00 in tenant improvement costs to various contractors to renovate the premises so that it could be re-let.

6. 16 Cobalt has re-let portions of the space formerly occupied by Harrison under the following terms:

a. Wilshire DC Partners is renting a portion of the 10th Floor for a term of 6 years (ending in 2012) for the sum of $759,986 (Total Rental Payments for: Year 1 = $118,976.00, Year 2 = $121,950.00, Year 3 = $124,999.00, Year 4 = $128,124.00, Year 5 = $131,327.00, Year 6 = $134,610.00);

b. Al Jazeera International, (USA) Inc. has rented a portion of the 10th Floor for a term of 4 months (ending in July 2006) for the sum of $67,450.00 ($16,862.50 per month);

c. Future Media Concepts, Inc. is renting a portion of the 9th Floor for a term of 10 years (ending in 2016) for the sum of $976,223 (amount of rental payment only calculated for term ending in 2014 because Harrison's term expires in 2014 - Total Rental Payments for: Year 1 = $111,746.00, Year 2 = $114,539.00, Year 3 = $117,403.00, Year 4 = $120,338.00, Year 5 = $123,346.00, Year 6 = $126,430.00, Year 7 = $129,591.00, Year 8 = $132,830.00).

I declare under penalty of perjury that the statements contained in this affidavit are true and correct.

**Executed in Washington, D.C. on July 20, 2006**

_____
Frank Gittleson

400425553v1