IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 16 COBALT LLC ) <br> ) <br> ) Civil Action <br> Plaintiff, ) No. 1:06CV00175 <br> ) <br> v. ) Judge Colleen Kollar- <br> ) Kotelly <br> HARRISON CAREER INSTITUTE ) <br> ) <br> ) <br> Defendant. ) <br> ) | |

## SUPPLEMENTAL AFFIDAVIT OF TONYA G. GASKINS-SAUNDERS

I, Tonya G. Gaskins-Saunders, state and declare as follows:

1.  I am an attorney and a member in good standing of the District of Columbia bar and the bar of this Court. I am an associate in the law firm of Pillsbury Winthrop Shaw Pittman LLP, counsel of record for Plaintiff 16 Cobalt LLC ("16 Cobalt"), with respect to this matter. I have personal knowledge of the facts in this affidavit.

2.  Plaintiff 16 Cobalt has incurred costs in the amount of $885.78 in enforcing its rights and remedies under the Lease in this action, by incurring a $250.00 fee for filing the complaint, $492.83 in fees for electronic research, $36.48 in fees for copying and printing, $36.47 in fees for courier service, and a $70.00 fee for service of process on Harrison.

3.  Plaintiff 16 Cobalt has incurred $12,845.00 in attorneys' fees in enforcing its rights and remedies under the Lease for the 32.8 hours of legal services that David J.

Cynamon, a partner at Pillsbury Winthrop Shaw Pittman LLP, and I rendered from January 2006 to the present date, in this matter. These services include: preparing the complaint for breach of contract against the tenant; preparing the request for default; preparing my affidavit; preparing the motion for default judgment; preparing the supplement to the motion for default judgment; telephone calls to this Court; and internal conferences and teleconferences with client re: the foregoing matters.

4.  The attorneys' fees for the 32.8 hours of service that David J. Cynamon and I have rendered in this matter have been or will be billed to 16 Cobalt: for the 30.9 hours of service that I rendered from January 2006 to the present date at my current standard rate of $300.00 per hour and the 1.9 hours of service that David J. Cynamon rendered from January 2006 to the present date at his current standard rate of $550.00. Thus, the attorneys' fees in this matter as of July 20, 2006 total $12,845.00.

5.  16 Cobalt has thus incurred a total of $13,730.78 in costs and reasonable attorneys' fees in pursuing its rights and remedies in this action.

I declare under penalty of perjury that the statements contained in this affidavit are true and correct.

**Executed in Washington, D.C. on July 20, 2006**

_____
Tonya G. Gaskins-Saunders

400425553v1