UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **16 COBALT LLC** : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Civil Action No. 06-0175 |
| : | Judge Colleen Kollar-Kotelly |
| **HARRISON CAREER INSTITUTE** : | |
| : | |
| Defendant : | |

### ORDER AND FINAL JUDGMENT

This matter having come before the Court pursuant to Plaintiff 16 Cobalt LLC's Motion for Default Judgment against Harrison Career Institute; and

IT APPEARING that Plaintiff 16 Cobalt LLC is entitled to default judgment against Defendant Harrison Career Institute based on the grounds set forth in the above referenced motion; in the points and authorities in support of the motion; in the two affidavits of Frank Gittleson regarding the outstanding rental amount and fees; in the two affidavits of Tonya G. Gaskins-Saunders regarding the costs and attorneys' fees; and for other good cause shown, it is this 8th day of August, 2006,

**ORDERED** that Plaintiff's Motion for Default Judgment against Defendant Harrison Career Institute is hereby GRANTED. This total amount of the default judgment is based on the statements made in [8-1] *Plaintiff 16 Cobalt LLC's Supplement to Plaintiff's Motion for Default Judgment Against Defendant Harrison Career Institute* as follows:

1. Plaintiff 16 Cobalt LLC is entitled to a default judgment against Defendant Harrison in the Amount of **$1,972,247.62** for:

a. the **$3,255,031.72**, which represents the total value of the Lease, that Plaintiff 16 Cobalt LLC will lose as a direct result of Defendant Harrison Career Institute's default under the Lease;

b. the **$242,765.25** in late charges (defined as Additional Rent under Section 2.3.3 of the lease (represents 10% of any late payment), which Defendant Harrison Career Institute agreed to pay pursuant to Section 2.3.3 of the Lease *(See Supplemental [8-1])*;

c. the **$13,730.78** in costs and reasonable attorneys' fees that Plaintiff 16 Cobalt LLC has incurred in this action from January 2006 to the present, which costs and fees Plaintiff is entitled to recover under Section 2.6.2 of the Lease *(See Supplemental [8-1])*;

d. the **$102,618.75** in leasing commission fees that Plaintiff 16 Cobalt LLC paid to Empire Leasing, Inc. ("Empire Leasing") for their services in re-letting the premises, which Defendant Harrison Career Institute is required to pay under Section 13.3.4 of the Lease *(See Supplemental [8-1])*;

e. the **$187,787.00** in tenant improvement costs that Plaintiff 16 Cobalt LLC paid to renovate the premises so that it could be re-let, which Defendant Harrison Career Institute is required to pay under Section 13.3.4 of the Lease *(See Supplemental [8-1])*; and

2. the following sums were subtracted from the amounts identified above:

a. the **$26,026.88** security deposit paid by Defendant Harrison Career Institute when they executed the Lease;

2

    b.    the **$759,986.00** in rental payments due from Wilshire DC Partners for a portion of the 10th floor based on a term of 6 years *(See Supplemental [8-1])*;

    c.    the **$67,450.00** in rental payments received from Al Jazeera International (USA) Inc. for a portion of the 10th Floor based on a term of 4 months *(See Supplemental [8-1])*; and

    d.    the **$976,223.00** in rental payments due from Future Media Concepts, Inc. for a portion of the 9th Floor *(See Supplemental [8-1])*; WHEREFORE, it is,

**FURTHER ORDERED** that judgment be, and hereby is, entered in favor of Plaintiff 16 Cobalt LLC and against Defendant Harrison Career Institute in the amount of **$1,972,247.62**.

Aug. 8, 2006
Date

**COLLEEN KOLLAR-KOTELLY**
**UNITED STATES DISTRICT JUDGE**