IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **16 COBALT LLC** | : | **C.A.No. 1:06CV00175** |
| | : | **Judge Colleen Kollar-Kotelly** |
| vs. | : | |
| | : | |
| **HARRISON CAREER INSTITUTE** | : | |

### DEFENDANT'S MOTION TO DEEM PRIOR MOTION TO SET ASIDE JUDGMENT AS FILED NUNC PRO TUNC

TO THE HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT JUDGE:

Defendant seeks leave of this Court to file its Motion to Set Aside Default Judgment via the CM/ECF electronic filing system ("CM/ECF") on this date as if filed on Friday, August 18, 2006 for the following reasons:

1. Defendant's Motion to Set Aside Default Judgment was originally filed in a timely manner via hard-copy hand delivered to this Court's Clerk on Friday, August 18, 2006;

2. Accompanying the hard copy delivered to the Court Clerk was a CD-ROM containing a complete electronic version of Defendant's pleadings in .pdf format;

3. Defendant incorrectly concluded that filing of the CD-ROM provided the this Court with the necessary materials in proper electronic format for filing;

4. Attorney John E. Ritzert, Jr., a member in good standing of the District of Columbia Bar, was out of the office on Friday, August 18, 2006 and therefore unavailable to file the motion electronically using his CM/ECF log-on and password;

1

5. Mr. Ritzert has filed a notice of appearance contemporaneous with this motion. Additionally, Defendant's pleadings, including: (1) Motion to Set Aside Default Judgment, (2) Memorandum in Support of Motion to Set Aside Default Judgment, (3) Proposed Order to Set Aside Default Judgment, and (4) Certificate of Service will be filed contemporaneously with Mr. Ritzert's Notice of Appearance and this motion; and

6. Pursuant to Local Rule of Civil Procedure (LCvR) 5.4(g)(1), "a document that has been incorrectly filed" may be re-filed so as to correct an erroneous docket entry.

For the foregoing reasons, Defendant seeks leave to file its Motion to Set Aside Default Judgment *nunc pro tunc*, effective Friday, August 18, 2006.

Respectfully submitted,

*/s/ John E. Ritzert, Jr.*
JOHN E. RITZERT, JR., Esq. (D.C. Bar No. 342295)
PETER S. LEYTON, Esq. (D.C. Bar No. 337634)
STEVEN M. GOMBOS, Esq. (Not admitted in D.C.)
Ritzert & Leyton, P.C.
11350 Random Hills Road, Suite 400
Fairfax, Virginia 22030
(703) 934-2660
(703) 934-9840 (fax)

*/s/ Arthur R. Shuman by JER*
ARTHUR R. SHUMAN, Esq. (Not admitted in D.C.)
Scott and Shuman, L.L.C.
38017 Fenwick Shoals Boulevard
West Fenwick, Delaware 19975
(302) 436-6200
(302) 436-7490 (fax)

Dated August 21, 2006

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| 16 COBALT LLC | : | C.A.No. 1:06CV00175 |
| | : | Judge Colleen Kollar-Kotelly |
| vs. | : | |
| | : | |
| HARRISON CAREER INSTITUTE | : | |

### NOTICE OF APPEARANCE

TO THE HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT COURT JUDGE:

Attorney John E. Ritzert, Jr. hereby notices his appearance in this matter on behalf of defendant, HARRISON CAREER INSTITUTE, as counsel to PETER S. LEYTON, Esquire and RITZERT & LEYTON, P.C., and ARTHUR R. SHUMAN, Esquire and SCOTT and SHUMAN, LLC

Respectfully submitted,

JOHN E. RITZERT, Jr., Esq. (D.C. Bar No. 342295)
PETER S. LEYTON, Esq. (D.C. Bar No. 337634)
STEVEN M. GOMBOS, Esq. (Not admitted in D.C.)
RITZERT & LEYTON, P.C.
11350 Random Hills Road, Suite 400
Fairfax, Virginia 22030
(703) 934-2660
(703) 934-9840 (fax)

ARTHUR R. SHUMAN, Esq. (Not admitted in D.C.)
SCOTT and SHUMAN, LLC
38017 Fenwick Shoals Boulevard
West Fenwick, Delaware 19975
(302) 436-6200
(302) 436-7490 (fax)

Dated: August 18, 2006