IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **16 COBALT LLC** | : | C.A.No. 1:06CV00175 |
| | : | Judge Colleen Kollar-Kotelly |
| vs. | : | |
| | : | |
| **HARRISON CAREER INSTITUTE** | : | |

## O R D E R

AND NOW, this          day of                              , 2006, upon consideration of the Motion of Harrison Career Institute To Set Aside Default Judgment, it is hereby ORDERED and DECREED that the said motion is GRANTED and the default judgment ordered by This Court in the above-captioned matter on August 8, 2006, shall be and hereby is VACATED. Defendant shall file its response to plaintiff's Complaint within ten (10) days of the date of this Order.

BY THE COURT:

_____
Colleen Kollar-Kotelly, USDCJ