IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| 16 COBALT LLC | : | C.A.No. 1:06CV00175 |
| | : | Judge Colleen Kollar-Kotelly |
| vs. | : | |
| | : | |
| HARRISON CAREER INSTITUTE | : | |

### CERTIFICATE OF SERVICE

I, Peter S. Leyton, Esquire, hereby certify that I have this date served a true and correct copy of the Motion of Harrison Career Institute To Set Aside Default Judgment, with all attachments, upon the above-named plaintiff be placing the same in the United States mails, postage prepaid, addressed as below to plaintiff's counsel.

David J. Cynamon, Esquire
Tonya G. Gaskins-Saunders, Esquire
Pillsbury, Winthrop, Shaw, Pittman, LLP
2300 N. Street, N.W.
Washington, D.C. 20037

_____
Peter S. Leyton, Esquire

Dated: August 18, 2006