IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**16 COBALT LLC**              :        C.A.No. 1:06CV00175
                               :        Judge Colleen Kollar-Kotelly
   vs.                         :
                               :
**HARRISON CAREER INSTITUTE**  :

## O R D E R

    AND NOW, this _____ day of _____, 2006, upon consideration of Harrison Career Institute's Motion Deem Prior Motion To Set Aside Default Judgment as Filed *Nunc Pro Tunc*, it is hereby GRANTED and said Motion is considered filed August 18, 2006.

    BY THE COURT:

_____
Colleen Kollar-Kotelly, USDCJ