**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **16 COBALT LLC** | : | **C.A.No. 1:06CV00175** |
| | : | **Judge Colleen Kollar-Kotelly** |
| **vs.** | : | |
| | : | |
| **HARRISON CAREER INSTITUTE** | : | |

**MOTION FOR THE ADMISSION OF ARTHUR R. SHUMAN, *PRO HAC VICE***

COMES NOW HARRISON CAREER INSTITUTE, Defendant herein, by and through its undersigned counsel and requests the admission of Arthur R. Shuman, *pro hac vice*, to provide representation to Defendant in this matter and in support of its Motion, states as follows:

1.    Counsel, John E. Ritzert, Jr., is a member in good standing of the District of Columbia Bar and is admitted to practice before this court.

2.    Counsel, Peter S. Leyton, is a member in good standing of the District of Columbia Bar and is admitted to practice before this court.

3.    John E. Ritzert, Jr. and Peter S. Leyton of the firm Ritzert & Leyton, P.C. will act as local counsel in this matter.

4.    Arthur R. Shuman is a member in good standing of the Pennsylvania State Bar, the United States District Court for the Eastern District of Pennsylvania, the United States Circuit Court of Appeals for the Third Circuit, and the Court of Appeals of Maryland as indicated in the Declaration attached hereto as Exhibit A.

5.    Mr. Shuman has not been disciplined by any bar, as also indicated on Exhibit A.

6.    Mr. Shuman has significant experience in handling all types of civil and criminal matters before both State and Federal Courts.

1

WHEREFORE, Harrison Career Institute and John E. Ritzert, Jr. and Peter S.

Leyton, Esq., local counsel, for the reasons stated in this motion hereby requests that this

court grant this motion to admit Mr. Shuman, *pro hac vice,* to provide legal

representation to Harrison Career Institute in this matter and to appear and argue all

motions and other matters before this Court.

Respectfully submitted,

Harrison Career Institute
By Counsel

JOHN E. RITZERT, JR., Esq. (D.C. Bar No. 342295)
PETER S. LEYTON, Esq. (D.C. Bar No. 337634)
STEVEN M. GOMBOS, Esq. (Not admitted in D.C.)
Ritzert & Leyton, P.C.
11350 Random Hills Road, Suite 400
Fairfax, Virginia 22030
(703) 934-2660
(703) 934-9840 (fax)

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August, 2006, a copy of the foregoing

Motion for Admission of Arthur R. Shuman *Pro Hac Vice*, was mailed, postage prepaid,

to:

David J. Cynamon, Esq.
Tonya G. Gaskins-Saunders, Esq.
Pillsbury, Winthrop, Shaw, Pittman, LLP
2300 N. Street N.W.
Washington, D.C.  20037

John E. Ritzert, Jr., Esq. (D.C. Bar No. 342295)
Peter S. Leyton, Esq. (D.C. Bar No. 337634)

3

# **EXHIBIT A**

<u>DECLARATION OF ARTHUR R. SHUMAN, Esquire</u>
<u>PURSUANT TO LOCAL RULE LCvR 83.2(d)</u>

I, ARTHUR R. SHUMAN, Esquire, declare as follows:

1.      My full name is Arthur Robert Shuman, Jr.

2.      My Office Address is:   Scott and Shuman, LLC
                                38017 Fenwick Shoals Boulevard
                                West Fenwick, Delaware 19975-9021

        My Telephone Numbers are:  (302) 436-6200
                                   (302) 436-7490  (fax)

3.      I have been admitted to the following bars:

        A.  The Supreme Court of Pennsylvania

        B.  The United States District Court For The Eastern District of
                                                Pennsylvania

        C.  The United States Circuit Court of Appeals For The Third Circuit

        D.  The Court of Appeals of Maryland

4.      I certify that I have not been disciplined by any bar.

5.      I have been admitted *pro hoc vice* in this District once within the past two
        (2) years in Flynn, et al v. Pioneer Contracting, Inc.,  C.A.No. 04-cv-
        01861-RMU.

6.      I do not practice from an office located in the District of Columbia; I am
        not a member of the District of Columbia Bar; and I have not applied for
        membership in the District of Columbia Bar.

I have read the above declaration consisting of six (6) paragraphs and it is true and
correct.

                                _____
                                ARTHUR R. SHUMAN, Esquire

Dated:  August 18, 2006