IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 16 COBALT LLC ) | |
| ) | Civil Action |
| Plaintiff, ) | No. 1:06CV00175 |
| v. ) | Judge Colleen Kollar-Kotelly |
| HARRISON CAREER INSTITUTE ) | |
| Defendant. ) | |

**ORDER**

This matter having come before the Court pursuant to Defendant's Motion to Set Aside Default Judgment

ORDERED that Defendant's Motion to Set Aside the Default Judgment is hereby DENIED; and

ENTERED this _____ day of August, 2006.

_____
Honorable Colleen Kollar-Kotelly

United States District Court for the District of Columbia

17

**Serve Order on:**

David J. Cynamon
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W.
Washington, D.C. 20037

Tonya Gaskins-Saunders
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W.
Washington, D.C. 20037


Peter S. Leyton
Steven M. Gombos
RITZERT & LEYTON, P.C.
11350 Random Hills Road, Suite 400
Fairfax, Virginia 22030

Arthur R. Shuman
SCOTT & SHUMAN, LLC
3807 Fenwick Shoals Boulevard
West Fenwick, Delaware 19975