UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

16 COBALT LLC,

   Plaintiff,

     v.

HARRISON CAREER INSTITUTE,

   Defendant.

Civil Action No. 06–175 (CKK)

**ORDER**
(March 28, 2007)

Based on the reasoning set forth in an accompanying Memorandum Opinion, it is, this 28th day of March, 2007, hereby

ORDERED that [11] Defendant's Motion to Deem Prior Motion to Set Aside Judgment as Filed Nunc Pro Tunc is DENIED; it is also

ORDERED that Defendant's [12] Motion to Set Aside Default Judgment is DENIED IN PART and HELD IN ABEYANCE IN PART; it is also

ORDERED that Defendant's Motion to Set Aside Default Judgment is DENIED with respect to the Court's finding that Defendant is liable to Plaintiff for past and future rent until the end date of the Lease; it is also

ORDERED that Defendant's Motion to Set Aside Default Judgment is HELD IN ABEYANCE with respect to the amount and timing of Defendant's payments to Plaintiff pending further briefing from the Parties as set forth in the accompanying Memorandum Opinion, acknowledging that Defendant is prohibited from contesting the amounts set forth in

¶ 1(a)-(e) of Plaintiff's [8] Supplement (as amended by the Court in this Opinion) as well as the reasonableness of the leases set forth in ¶ 1(g); it is also

ORDERED that the Parties shall file a Joint Status Report by April 11, 2007, setting forth a concurrent briefing schedule on the issues requiring further briefing.

SO ORDERED.

                                                        /s/
COLLEEN KOLLAR-KOTELLY
United States District Judge