IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 16 COBALT LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HARRISON CAREER INSTITUTE ) <br> ) <br> Defendant. ) <br> ) | Civil Action <br><br> No. 1:06CV00175 <br><br> Judge Colleen Kollar-Kotelly |

## JOINT STATUS REPORT

Pursuant to the Court's order of March 28, 2007, Plaintiff 16 Cobalt LLC ("Plaintiff") and Defendant Harrison Career Institute ("Defendant") (collectively, the "Parties") respectfully submit the following Status Report.

The Parties will submit simultaneous opening briefs on the issues requiring further briefing by May 25, 2007. Further, the Parties may submit simultaneous reply briefs by June 8, 2007.

April 10, 2007                    Respectfully submitted,

                                  _____/s/_____
                                  David J. Cynamon (D.C. Bar # 182477)
                                  Tonya G. Gaskins-Saunders (D.C. Bar # 484414)
                                  PILLSBURY WINTHROP SHAW
                                       PITTMAN LLP
                                  2300 N Street, N.W.
                                  Washington, D.C. 20037
                                  Phone: (202) 663-8000
                                  Fax:   (202) 663-8007

                                  *Counsel for Plaintiff*
                                  *16 Cobalt LLC*

400555721v1

>  /s/
> John Ritzert
> Ritzert & Leyton, P.C.
> 11350 Random Hills Road, Suite 400
> Fairfax, Virginia 22030
> Main: 703-934-2660
> Fax: 703-934-9840
>
> *Counsel for Defendant*
> *Harrison Career Institute*

400555721v1