IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **16 COBALT LLC** : | **C.A.No. 1:06CV00175** |
| : | **Judge Colleen Kollar-Kotelly** |
| **vs.** : | |
| : | |
| **HARRISON CAREER INSTITUTE** : | |

### MOTION FOR THE ADMISSION OF MARIE NASUTI, *PRO HAC VICE*

COMES NOW HARRISON CAREER INSTITUTE, Defendant herein, by and through its undersigned counsel and requests the admission of Marie Nasuti, *pro hac vice*, to provide representation to Defendant in this matter and in support of its Motion, states as follows:

1. Counsel, Peter S. Leyton, is a member in good standing of the District of Columbia Bar and is admitted to practice before this court.

2. Peter S. Leyton and Steven M. Gombos, of the firm Ritzert & Leyton, P.C., will act as local counsel in this matter.

3. Marie Nasuti is a member in good standing of the New Jersey State Bar, the United States District Court for the District of New Jersey, the United States Circuit as indicated in the Declaration attached hereto as Exhibit A.

4. Ms. Nasuti has not been disciplined by any bar, as also indicated on Exhibit A.

5. Ms. Nasuti has significant experience in handling all types of civil matters before in both State and Federal Courts.

WHEREFORE, Harrison Career Institute and Peter S. Leyton, Esq., local counsel, for the reasons stated in this motion hereby requests that this court grant this motion to admit Marie Nasuti, *pro hac vice,* to provide legal

1

representation to Harrison Career Institute in this matter and to appear and argue all motions and other matters before this Court.

    Respectfully submitted,

    Harrison Career Institute
    By Counsel

    /s/
    PETER S. LEYTON, Esq. (D.C. Bar No. 337634)
    STEVEN M. GOMBOS, Esq. (Not admitted in D.C.)
    Ritzert & Leyton, P.C.
    11350 Random Hills Road, Suite 400
    Fairfax, Virginia 22030
    (703) 934-2660
    (703) 934-9840 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August, 2006, a copy of the foregoing Motion for Admission of Marie Nasuti, *Pro Hac Vice* was faxed and sent first class U.S. mail (postage prepaid) to the following:

Tonya G. Gaskins-Saunders, Esq.
Pillsbury, Winthrop, Shaw, Pittman, LLP
2300 N. Street N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)
Counsel for Plaintiff

/s/
Peter S. Leyton, Esq.
Steven M. Gombos, Esq.

## EXHIBIT A

## DECLARATION OF MARIE NASUTI, Esquire
## PURSUANT TO LOCAL RULE LCvR 83.2(d)

I, Marie Nasuti, Esquire does declare as follows:

1. My full name is Marie Nasuti
2. My office address is 1605 Evesham Avenue, Voorhees NJ 08043
3. My telephone numbers are: 856-795-2807
   856-795-0928 (fax)
4. I have been admitted to the following bars:

    A. The Supreme Court of New Jersey
    B. The United States District Court for New Jersey

5. I certify that I have not been disciplined by any bar.
6. I do not practice from an office located in the District of Columbia; I am not a member of the District of Columbia Bar: and I have not applied for membership in the District of Columbia Bar

I have read the above declaration consisting of five (5) paragraphs and it is true and correct.

_____
Marie Nasuti, Esquire

Dated: March 23, 2007